PETER E. HEUSER, Oregon State Bar No. 81128
PIERRE VAN RYSSELBERGHE, Oregon State Bar No. 91523
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, OR 97204
Telephone: (503) 224-6655
Facsimile: (503) 295-6679

of Attorneys for Plaintiff
Watermark Paddlesports, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WATERMARK PADDLESPORTS, INC., a Delaware corporation, | Case No. CV '05  0082  AA ___ |
| Plaintiff, | |
| v. | COMPLAINT FOR PATENT INFRINGEMENT |
| CEQUENT TOWING PRODUCTS, INC., a Delaware corporation, | |
| Defendant. | DEMAND FOR JURY TRIAL |

For its complaint, plaintiff Watermark Paddlesports, Inc. ("Watermark") alleges against defendant Cequent Towing Products, Inc. ("Cequent") as follows:

THE PARTIES

1.    Plaintiff Watermark is a corporation duly organized and existing under the laws of the State of Delaware, located and having headquarters at 12725 SW Millikan Way, Suite 338, Beaverton, Oregon 97005.

Page 1 of 5 - Complaint

2.      Defendant Cequent Towing Products, Inc. is, upon information and belief, a Delaware corporation having an office at 47774 Anchor Court West, Plymouth, MI 48170.

## JURISDICTION

3.      The claim of plaintiff arises under the laws of the United States relating to patents, Title 35 of the United States Code. Diversity exists between the parties and the amount in dispute exceeds seventy five thousand dollars ($75,000). Therefore, this Court has jurisdiction of this action under 28 USC §§ 1331, 1332 and 1338(a).

## VENUE

4.      Venue is proper in this district pursuant to 28 USC § 1391(b) (2) and (c) because a substantial part of the events giving rise to the claim occurred here. In addition, upon information and belief, a substantial part of property that is the subject of this action is situated here.

5.      On information and belief, Cequent sells a substantial volume of equipment in Oregon each year.  Personnel from Cequent, on information and belief, come into Oregon on a regular basis to conduct business.

## BACKGROUND

6.      Watermark is the owner of U.S. Patent No. 6,431,423 ("the '423 Patent").  The '423 Patent issued on August 13, 2002, and is entitled "Assembly for Carrying a Bicycle on a Vehicle."  A copy of this patent is appended hereto as Exhibit A.

7.      The application from which the '423 Patent issued was filed on May 17, 2000 as a continuation-in-part of U.S. patent application Ser. No. 09/556,878, filed April 19, 2000, which is a continuation-in-part of U.S. patent application Ser. No. 09/505,056 filed February 16, 2000, which is a continuation-in-part of U.S. patent application Ser. No. 09/447,908, filed November 23, 1999.  The U.S. Patent and Trademark Office examined the application, determined that the

claimed apparatus for carrying a bicycle on a vehicle met all of the criteria for patentability, and awarded the '423 Patent. The patent is currently in force, is valid, and is enforceable. The patent gives Watermark the right to exclude others from making, using, importing, selling, or offering for sale the claimed invention throughout the United States.

8.      Watermark is the owner of U.S. Patent No. 6,467,664 ("the '664 Patent"). The '664 Patent issued on October 22, 2002, and is entitled "Bicycle Carrier." A copy of this patent is appended hereto as Exhibit B.

9.      The application from which the '664 Patent issued was filed on September 10, 2001 as a continuation of U.S. patent application Ser. No. 09/466,223, filed December 17, 1999. The U.S. Patent and Trademark Office examined the application, determined that the claimed bicycle carrier met all of the criteria for patentability, and awarded the '664 Patent. The patent is currently in force, is valid, and is enforceable. The patent gives Watermark the right to exclude others from making, using, importing, selling, or offering for sale the claimed invention throughout the United States.

10.      The '423 Patent and the '664 Patent were issued in the name of Yakima Products, Inc. Yakima Products, Inc. merged into Watermark Paddlesports, Inc. on December 20, 2002, and the appropriate assignments to Watermark were recorded with the United States Patent and Trademark Office soon thereafter.

11.      Products covered by the '423 Patent and the '664 Patent have been sold by Watermark, and are now being sold by Watermark. Such products have been marked with U.S. Patent No. 6,431,423, since shortly after the issuance of the '423 Patent, and products have been marked with U.S. Patent No. 6,467,664 since shortly after the issuance of the '664 Patent.

## INFRINGEMENT OF THE '423 PATENT

12.    Upon information and belief, Cequent has made, used, sold, offered for sale, imported and/or is making, using, selling, importing and/or offering for sale bicycle carriers, including bicycle carriers sold under the label "Reese®," that infringe the '423 Patent.

## INFRINGEMENT OF THE '664 PATENT

13.    Upon information and belief, Cequent has made, used, sold, offered for sale, imported and/or is making, using, selling, importing and/or offering for sale bicycle carriers, including bicycle carriers sold under the label "Reese®," that infringe the '664 Patent.

## WILLFUL INFRINGEMENT OF THE '423 PATENT AND THE '664 PATENT

14.    On information and belief, Cequent's infringement of the '423 Patent and the '664 Patent is willful and will continue.  Defendant's acts have caused and are causing severe and irreparable damage to Watermark, and Watermark has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Watermark demands judgment:

1.    For a decree that Cequent has infringed the '423 Patent;

2.    For a decree that Cequent has infringed the '664 Patent;

3.    For a preliminary and permanent injunction restraining and enjoining Cequent, their agents, servants, employees, officers, and those persons in active concert or participation with Cequent, from further infringement of the '423 Patent and the '664 Patent pursuant to 35 USC § 283;

4.    For an accounting and damages against Cequent for all damages suffered by Watermark by reason of infringement of the '423 Patent, including lost profits, but in any event no less than a reasonable royalty, together with interest and costs pursuant to 35 USC § 284;

5.      For an accounting and damages against Cequent for all damages suffered by Watermark by reason of infringement of the '664 Patent, including lost profits, but in any event no less than a reasonable royalty, together with interest and costs pursuant to 35 USC § 284;

6.      For damages in an amount equal to three times the amount of damages found or assessed, to compensate Watermark for the willful, deliberate and intentional acts of infringement of the '423 Patent by Cequent pursuant to 35 USC § 284;

7.      For damages in an amount equal to three times the amount of damages found or assessed, to compensate Watermark for the willful, deliberate, and intentional acts of infringement of the '664 Patent by Cequent pursuant to 35 USC § 284;

8.      For an award of reasonable attorney fees against Cequent pursuant to 35 USC § 285; and

9.      For such other and further relief as may be just and proper.

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated this 19th day of January, 2004.

Respectfully submitted,

KOLISCH HARTWELL, P.C.

By      /s/ Peter E. Heuser
        Peter E. Heuser
        of Attorneys for Plaintiff Watermark
        Paddlesports, Inc.



US006431423B1

(12) **United States Patent**
Allen et al.

(10) Patent No.: **US 6,431,423 B1**
(45) Date of Patent: **Aug. 13, 2002**

(54) **ASSEMBLY FOR CARRYING A BICYCLE ON A VEHICLE**

(75) Inventors: **Scott R. Allen**, Fieldbrook; **Stephen J. Cole**, Arcata; **Gregory A. Dean**; **Duncan G. Robins**, both of McKinleyville; **Joseph J. Settelmayer**, Fieldbrook, all of CA (US)

(73) Assignee: **Yakima Products, Inc.**, Arcata, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/574,677**

(22) Filed: **May 17, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/556,878, filed on Apr. 19, 2000, which is a continuation-in-part of application No. 09/505,056, filed on Feb. 16, 2000, which is a continuation-in-part of application No. 09/447,908, filed on Nov. 23, 1999, now Pat. No. 6,283,310, and a continuation-in-part of application No. 09/466,233, filed on Dec. 17, 1999, now Pat. No. 6,286,738.

(51) Int. Cl.[7] .................................................. **B60R 9/06**

(52) U.S. Cl. ...................... **224/509**; 224/324; 224/533; 224/537; 224/924

(58) Field of Search ................................. 224/924, 501, 224/502, 509, 533, 537, 324

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 303,686 A | 8/1884 | Whitney | |
| 355,107 A | 12/1886 | Scollay | |
| 357,287 A | 2/1887 | Nolte | |
| 376,055 A | 1/1888 | Hopkins et al. | |
| 688,677 A | 12/1901 | Paddock | |
| 1,055,665 A | 3/1913 | Schmidt | |
| 2,271,452 A | 1/1942 | Carroll | |
| 2,803,349 A | 8/1957 | Talbot | |
| 2,844,856 A | 7/1958 | Mueller et al. | |
| 2,889,165 A | 6/1959 | Zientara | |
| 3,184,880 A | 5/1965 | Ratte | |
| 3,239,115 A | 3/1966 | Boti et al. | |
| 3,258,820 A | 7/1966 | Steinberg | |
| 3,292,222 A | 12/1966 | Steinberg | |
| 3,464,608 A | * 9/1969 | Rodriguez | 224/924 |
| 3,484,908 A | 12/1969 | Lamb | |
| 3,662,435 A | 5/1972 | Allsop | |
| 3,668,791 A | 6/1972 | Salzman et al. | |
| 3,828,993 A | 8/1974 | Carter | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CH | 272137 | 4/1949 |
| DE | 3034750 | 4/1982 |
| EP | 0 161 441 A1 | 11/1985 |
| EP | 0 220 784 A1 | 5/1987 |
| EP | 0 224 288 A1 | 6/1987 |
| FR | 2 221 329 | 11/1974 |
| FR | 2 332 155 | 7/1977 |
| FR | 2 451 296 | 10/1980 |
| GB | 2 220 344 A | 1/1990 |
| IT | 022451 | 11/1989 |

*Primary Examiner*—Stephen P. Garbe
(74) *Attorney, Agent, or Firm*—Kolisch Hartwell Dickinson McCormack & Heuser

(57) **ABSTRACT**

A rack assembly for carrying recreational equipment on a vehicle. The assembly includes at least one mount attachable to the vehicle, and a load-carrying support member coupled to the mount and configured to support the recreational equipment adjacent the vehicle. At least one securing apparatus is associated with the load-carrying support member and configured to secure the equipment to the support member. The securing apparatus includes a strap adapted to extend at least partially around the recreational equipment, and a ratchet drive mechanism adapted to receive and grip one end of the strap. In one embodiment, the ratchet drive mechanism includes at least one drive actuator that is operable to grip successive portions of the strap and draw it tight around the recreational equipment.

**39 Claims, 8 Drawing Sheets**



**US 6,431,423 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,848,784 A | 11/1974 | Shimano et al. |
| 3,900,923 A | 8/1975 | Thomas |
| 3,906,593 A | 9/1975 | Caveney et al. |
| 3,922,018 A | 11/1975 | Shook |
| 4,021,888 A | 5/1977 | Aimar |
| 4,028,915 A | 6/1977 | Stahl |
| 4,112,557 A | 9/1978 | Salomon |
| 4,114,409 A | 9/1978 | Scire |
| RE29,840 E | 11/1978 | Wasserman |
| 4,193,171 A | 3/1980 | Lichowsky |
| 4,274,569 A | 6/1981 | Winter et al. |
| 4,299,341 A * | 11/1981 | Copeland et al. ........... 224/924 |
| 4,310,951 A | 1/1982 | Riedel |
| 4,326,320 A | 4/1982 | Riedel |
| 4,424,636 A | 1/1984 | Everest |
| 4,453,290 A | 6/1984 | Riedel |
| 4,501,354 A | 2/1985 | Hoffman |
| 4,547,980 A | 10/1985 | Olivieri |
| 4,553,292 A | 11/1985 | Praider et al. |
| 4,555,830 A | 12/1985 | Petrini et al. |
| 4,596,080 A | 6/1986 | Benoit et al. |
| 4,614,047 A | 9/1986 | Arieh et al. |
| 4,619,122 A | 10/1986 | Simpson |
| 4,621,873 A | 11/1986 | Weinstein et al. |
| 4,624,063 A | 11/1986 | Delery |
| 4,629,104 A | 12/1986 | Jacquet |
| 4,646,401 A | 3/1987 | Morell |
| 4,670,946 A | 6/1987 | Olivieri |
| 4,675,954 A | 6/1987 | Gullickson |
| 4,683,620 A | 8/1987 | Valsecchi et al. |
| 4,724,692 A | 2/1988 | Turin et al. |
| 4,727,630 A | 3/1988 | Alan |
| 4,759,137 A | 7/1988 | Lederer |
| 4,761,859 A | 8/1988 | Calabrigo |
| 4,761,898 A | 8/1988 | Courvoisier et al. |
| 4,763,957 A | 8/1988 | Pochlmann et al. |
| 4,770,011 A | 9/1988 | Constant |
| 4,789,206 A | 12/1988 | Ozaki |
| 4,796,337 A | 1/1989 | Marxer |
| 4,842,148 A | 6/1989 | Bowman |
| 4,887,754 A | 12/1989 | Boyer et al. |
| 4,912,817 A | 4/1990 | Sandreid |
| 4,934,572 A | 6/1990 | Bowman et al. |
| 4,939,824 A | 7/1990 | Reed |
| 4,951,487 A | 8/1990 | Dennis |
| 4,964,287 A | 10/1990 | Gaul |
| 5,003,672 A | 4/1991 | Randall |
| 5,003,711 A | 4/1991 | Nerrinck et al. |
| 5,005,390 A | 4/1991 | Giannini et al. |
| 5,007,260 A | 4/1991 | Sharp |
| 5,022,672 A | 6/1991 | Kawai |
| 5,027,628 A | 7/1991 | De Rocher et al. |
| 5,037,019 A | 8/1991 | Sokn |
| 5,042,705 A | 8/1991 | Johansson |
| 5,052,605 A | 10/1991 | Johansson |
| 5,065,921 A | 11/1991 | Mobley |
| 5,083,350 A | 1/1992 | Sandreid |
| 5,098,162 A | 3/1992 | Forget et al. |
| 5,118,125 A | 6/1992 | Plunkett |
| 5,135,330 A | 8/1992 | Chen |
| 5,165,762 A | 11/1992 | Phillips |
| 5,169,044 A | 12/1992 | Englander |
| 5,172,454 A | 12/1992 | Martignago |
| 5,193,254 A | 3/1993 | Geisinger |
| 5,195,670 A | 3/1993 | Piretti et al. |
| 5,211,323 A | 5/1993 | Chimenti et al. |
| 5,226,341 A | 7/1993 | Shores |
| 5,232,134 A | 8/1993 | Allen |
| 5,244,133 A * | 9/1993 | Abbott et al. ............... 224/924 |
| 5,259,542 A | 11/1993 | Newbold et al. |
| 5,275,319 A | 1/1994 | Ruana |
| 5,288,001 A | 2/1994 | Locarno |
| 5,291,763 A | 3/1994 | Cuisinot |
| 5,303,857 A | 4/1994 | Hewson |
| 5,305,936 A | 4/1994 | Nusbaum |
| 5,357,690 A | 10/1994 | Ho |
| 5,362,173 A | 11/1994 | Ng |
| 5,363,996 A | 11/1994 | Raaber et al. |
| 5,416,952 A | 5/1995 | Dodge |
| 5,426,826 A | 6/1995 | Takimoto |
| 5,448,805 A | 9/1995 | Allen et al. |
| 5,492,258 A | 2/1996 | Brunner |
| 5,511,894 A | 4/1996 | Ng |
| 5,526,555 A | 6/1996 | Battistella et al. |
| 5,570,825 A | 11/1996 | Cona |
| 5,573,165 A | 11/1996 | Bloemer et al. |
| 5,593,076 A | 1/1997 | Biondo |
| 5,598,959 A | 2/1997 | Lorensen et al. |
| D378,289 S | 3/1997 | Lundgren |
| 5,658,119 A * | 8/1997 | Allsop et al. ............... 224/537 |
| 5,664,717 A * | 9/1997 | Joder ....................... 224/537 |
| 5,745,959 A | 5/1998 | Dodge |
| 5,752,298 A | 5/1998 | Howell |
| 5,775,555 A | 7/1998 | Bloemer et al. |
| 5,775,560 A * | 7/1998 | Zahn et al. ................. 224/524 |
| 5,996,870 A * | 12/1999 | Shaver ..................... 224/924 |
| 6,023,821 A | 2/2000 | Murray |

\* cited by examiner

**U.S. Patent**     **Aug. 13, 2002**     **Sheet 1 of 8**     **US 6,431,423 B1**



FIG. 1

FIG. 2



FIG. 3



Exhibit A, Page 4



FIG. 4

FIG. 5



FIG. 7

FIG. 6



FIG. 8

FIG. 9

## FIG. 10





FIG. 11

FIG. 12

## FIG. 13



## FIG. 14



US 6,431,423 B1

**1**

## ASSEMBLY FOR CARRYING A BICYCLE ON A VEHICLE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/556,878, filed Apr. 19, 2000, which is a continuation-in-part of U.S. patent application Ser. No. 09/505,056 filed Feb. 16, 2000 which is a continuation-in-part of U.S. patent application Ser. No. 09/447,908, filed Nov. 23, 1999 now U.S. Pat. No. 6,283,310. This application is also a continuation-in-part of U.S. patent application Ser. No. 09/466,233, filed Dec. 17, 1999 now U.S. Pat. No. 6,286,738. All of the above-identified patent applications are hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to vehicle racks, and more particularly to a rack assembly for carrying a bicycle on a vehicle having a rear hitch-mount.

### BACKGROUND

The popularity of recreational cycling has grown substantially in recent years. As a result, the demand for bicycle carriers to transport bikes on cars and other vehicles has also grown.

There are various types of vehicle-mountable bicycle racks available. One type is mountable on the rear hitch-mount of a vehicle to carry one or more bicycles adjacent the rear of the vehicle. These type racks are usually configured to receive and hold the top tube of a bicycle. One or more straps may be positioned around the bicycle to secure it to the rack. Typically, the straps must be pulled tightly around the bicycle to hold it securely during normal driving speeds and conditions. Some users may find it difficult to apply sufficient tension to the strap. In addition, some users may find it difficult to secure the strap while maintaining the desired tension. Furthermore, even normal acceleration or deceleration of the vehicle can cause the bicycles to swing or become misaligned on the rack, resulting in damage to the bikes and/or the vehicle.

### SUMMARY

The present invention provides a rack assembly for carrying bicycles on a vehicle. The assembly includes at least one mount attachable to the vehicle, and a load-carrying support member coupled to the mount and configured to support the bicycle adjacent the vehicle. In one embodiment, a stabilizer member is provided to impede swinging of the bicycle. In another embodiment, a securing apparatus is provided to secure the bicycle to the support member. The securing apparatus includes a strap, adapted to extend at least partially around the bicycle, and at least one of a ratchet mechanism or a drive actuator. The ratchet mechanism is adapted to receive and grip one end of the strap. The drive actuator is operable to grip the strap and draw it tight around the bicycle.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an exemplary embodiment of a rack assembly according to the present invention.

FIG. 2 is an isometric view showing a securing apparatus and portion of a support mount according to the present invention. The drive actuator is shown pivoted upward to advance the strap into the housing.

**2**

FIG. 3 is an exploded isometric view of the securing apparatus of FIG. 2, with a portion of the strap cut away.

FIG. 4 is a front elevation and partial cross-sectional view showing a securing apparatus attached to a support member and arranged to secure a bicycle tire to the support member. The actuator arm is shown in a nominal, released position.

FIG. 5 is similar to FIG. 4 but shows the actuator arm pivoted upward to drive the strap through the housing.

FIG. 6 is similar to FIG. 5 but shows the actuator arm pivoting downward to return to its nominal position.

FIG. 7 is similar to FIG. 4 but shows the actuator arm pivoting downward past its nominal position to disengage the locking member from the strap.

FIG. 8 is an isometric view of another exemplary embodiment of the invention in which the securing apparatus is integrally formed with the supporting member.

FIG. 9 is an isometric view of another exemplary embodiment of the invention in which two ratchet drive mechanisms are formed on either side of a support member to receive opposite ends of a reversible strap.

FIG. 10 is a perspective view of another exemplary embodiment of the invention.

FIG. 11 is a magnified, cross-sectional view showing a bicycle top tube strapped into the cradle member of FIG. 10. The cross-section is taken along a plane between the outer edge of the strap and the strap cover.

FIG. 12 is a fragmentary perspective and exploded view showing the connection of the stabilizer member to the cradle member of FIG. 10. The connection of the strap to the cradle member is also shown.

FIG. 13 is a rear elevation showing the top tube of a bicycle received in the cradle member, and the stabilizer member pivoted counter-clockwise to grip the seat tube.

FIG. 14 is similar to FIG. 13 except that the bicycle is slid to the right in the cradle member, and the stabilizer member is pivoted clockwise to grip the down tube.

### DETAILED DESCRIPTION

A rack assembly for carrying recreational equipment on a vehicle according to the present invention is indicated generally at **10** in FIG. 1. Rack assembly **10** includes one or more mounts **12** attachable to a vehicle. Rack assembly **10** also includes one or more support members **14** coupled to mounts **12** and adapted to support recreational equipment adjacent a vehicle. At least one securing apparatus **16** is associated with each support member **14** to secure recreational equipment to the support member.

In the exemplary embodiment depicted in FIG. 1, rack assembly **10** is shown mounted on the roof of a vehicle **100**, and having a wheel support member **14** adapted to support the wheel of a bicycle **102**. Alternatively, rack assembly **10** may be configured to mount at other positions on a vehicle such as the rear or trunk of the vehicle, on a vehicle hitch, etc. In addition, rack assembly **10** may include support members that are adapted to carry recreational equipment other than bicycles such as canoes, kayaks, surfboards, camping equipment, etc. Therefore, while the invention is described below in the context of securing a bicycle to a rack mounted on the roof of a vehicle, it will be understood that all such vehicle racks and support members are included within the scope of the invention.

Turning attention to FIGS. 2 and 3, securing apparatus **16** is shown in greater detail. The securing apparatus includes a housing **18**, and a strap **20** having a near end **22** and a far

Exhibit A, Page 11

US 6,431,423 B1

3

end 24. In the exemplary embodiment, near end 22 is integrally formed with housing 18 from a single material. Alternatively, strap 20 and housing 18 may be formed separately and connected by any suitable means such as rivets, bolts, etc. In any event, far end 24 is adapted to extend around at least a portion of the recreational equipment and be received into housing 18.

Securing apparatus 16 is movably coupled to support member 14 to allow the strap to be selectively positioned on the support member. The securing apparatus includes a tongue 26 adapted to slidably engage a channel 28 in support member 14. Alternatively, securing apparatus 16 may be movably coupled to support member by other suitable mechanisms, or may be rigidly attached to the support member by a bolt, rivet, etc. As a further alternative, the securing member may not be attached to the support member, but instead may encircle the support member and recreational equipment to hold the equipment securely against the support member.

Securing apparatus 16 also includes a locking member 30 coupled to housing 18 and configured to engage the strap and retain it in the housing. Locking member 30 is configured to allow the strap to be inserted into the housing while preventing the strap from being removed from the housing. In the exemplary embodiment, the locking member is pivotally coupled to the housing by a rivet pin 32 which extends through holes 34 in the housing and hole 36 in the locking member. A spring 38 biases a back end 40 of the locking member toward the housing.

The securing apparatus further includes a drive actuator or lever 42 coupled to housing 18 and operable to grip the strap and advance it through the housing to tighten the strap around the recreational equipment. In the exemplary embodiment, drive actuator 42 is pivotally coupled to housing 18 by a rivet pin 44 that passes through holes 46 in the housing and holes 48 in the drive actuator. A spring 50 biases the drive actuator downward over locking member 30. A pair of ribs 52 are formed on the underside of the drive actuator and abut against a front end 54 of the locking member.

The operation of securing apparatus 16 is illustrated in FIGS. 4–7. Apparatus 16 is shown movably coupled to a support member 14, which is adapted to support a wheel 104 of a bicycle. Strap 20 extends around wheel 104 and is received into housing 18. A plurality of grip elements or teeth 58 extend laterally across the strap. The strap passes between drive actuator 42 and locking member 30 on one side and the bottom wall of housing 18 on the other side. Teeth 58 face toward the drive actuator and locking member so that the strap can slide along the bottom wall of the housing. As best seen in FIGS. 2 and 3, teeth 58 extend across the strap between smooth edge regions 60. The strap passes into the housing and under opposing guide rails 62 projecting from either side of the housing. The guide rails slide over edge regions 60 and hold the strap against the bottom wall of the housing.

In the exemplary embodiment, locking member 30 functions as a ratchet. Referring back to FIGS. 4–7, the underside of locking member 30 includes a pawl structure such as one or more teeth 64, configured to engage teeth 58 on the strap. Teeth 64 are disposed adjacent back end 40 and interlock with teeth 58 when the back end is pivoted toward the strap, as seen in FIG. 4. Teeth 58 on the strap and teeth 64 on the locking member are formed with an incline such that the locking member only grips the strap in one direction. When the strap is pulled in a forward direction through the housing, locking member 30 pivots upward to allow the

4

strap to pass, as shown in FIG. 5. However, when the strap is pulled backward out of the housing, teeth 64 interlock with teeth 58 and block movement of the strap to retain it in the housing, as shown in FIG. 4.

Drive actuator 42 also includes one or more teeth 66 configured to engage teeth 58 on the strap. When the drive actuator is pivoted upward, teeth 66 interlock with, and engage teeth 58 to drive the strap through the housing, as shown in FIG. 5. As the drive actuator advances the strap through the housing, locking member 30 grips the strap and prevents it from pulling back out of the housing. As shown in FIG. 6, the drive actuator is then pivoted downward, under the bias of spring 50, into position to grip the next successive portion of the strap. Hole 46 in housing 18 is oblong, allowing pin 44 and drive actuator 42 to slide away from the strap. This enables teeth 66 to slide over teeth 58 on the downward stroke of drive actuator 42.

In addition to driving strap 20 into housing 18, exemplary drive actuator 42 also is operable to disengage locking member 30 from the strap. As mentioned above, ribs 52 abut against the front end of the locking member when the drive actuator is released. Although the bias imparted to the drive actuator by spring 50 causes the ribs to apply a downward force on the front end of the locking member, the upward bias on the front end of the locking member due to spring 38 is sufficient to support the downward force applied by the ribs. However, a user may overcome the bias of spring 38 by pressing the drive actuator downward against the front end of the locking member. As shown in FIG. 7, this causes pin 44 and drive actuator 42 to slide backward in oblong hole 46 to a position more directly over the front end of the locking member. Continued downward movement by the drive actuator causes the back end of the locking member to pivot away from the strap, thereby disengaging teeth 64 from teeth 58 and allowing the strap to be removed from the housing.

Together, housing 18, locking member 30 and drive actuator 42 form a ratchet mechanism 68 adapted to receive the far end of strap 20 and tighten it around the recreational equipment. To operate the ratchet mechanism, the user positions the strap around the recreational equipment and inserts the far end of the strap into the housing until the strap is gripped by locking member 30. The user then repeatedly pivots drive actuator 42 up and down to grip successive portions of the strap and draw it tight. The drive actuator functions as a lever to magnify the force applied by the user. To release the strap, the user pivots the drive actuator downward into the locking member to disengage the locking member from the strap.

It will be appreciated that the drive mechanism may be operably formed in alternative configurations to those shown in the exemplary embodiments. As one example, drive actuator 42 may be in the form of a knob attached to a circular gear that engages the strap as the knob is rotated. Alternatively, mechanism 56 may omit drive actuator 42 and the strap may be advanced through the housing by other means (e.g., pushing or pulling the strap through the housing, etc.). As another alternative, mechanism 56 may omit the locking member and the housing may grip the strap by other means (e.g., frictionally, etc.).

The various components of securing apparatus 16 may be formed of any single material or combination of materials including metal, plastic, etc. In the embodiment where housing 18 and strap 20 are integrally formed of a single material, one suitable material is a rigid plastic such as injection-molded nylon. Locking member 30 and drive actuator 42 may also be formed of injection-molded nylon.

US 6,431,423 B1

| 5 | 6 |

Typically, though not necessarily, springs **38** and **50**, and pins **32** and **44** are formed of metal.

FIG. **8** illustrates another embodiment where at least a portion of securing apparatus **16** is integrally formed with support member **14** from a single material. Near end **22** of strap **20** is formed with one side of the support member, while housing **18** is formed with the opposite side of the support member. This embodiment ensures that the securing apparatus does not become dislodged or lost. Alternatively, either or both of strap **20** and housing **18** may be formed separately and then either permanently or removably attached to the support member by bolts, rivets, adhesive, snap-on connectors, etc.

FIG. **9** illustrates another embodiment where securing apparatus **16** includes plural ratchet drive mechanisms **68**. The housings of the ratchet drive mechanisms are integrally formed with opposite sides of support member **14**. Alternatively, one or both housings may be formed separately and attached to the support member by bolts, rivets, adhesive, etc. Strap **20** is formed separately with symmetrical ends **70**. The ends include teeth **58** formed with opposing inclines adapted to be received by the opposing ratchet drive mechanisms. The embodiment shown in FIG. **9** allows the user to tighten the strap from either side of the support member. Thus, the support member and securing apparatus can be mounted on either side of a vehicle for similar ease of use.

FIGS. **10** and **11** illustrate another embodiment of the invention which is shown configured for use on vehicles with rear hitch-mounts, such as standard 2-inch by 2-inch or 1¼-inch by 1¼-inch receiver hitches. In this embodiment, rack assembly **10** includes a rack **200** mountable on a rear hitch-mount to carry one or more bicycles adjacent the rear of a vehicle. Rack **200** includes a hitch coupling member **202** adapted to securely attach to a rear hitch-mount. Coupling member **202** may be any of a variety of hitch couplings which are well known in the art. In addition, coupling member **202** may include one or more holes, slots, etc., (not shown) for receiving attachment devices such as bolts, pins, etc., which are associated with the vehicle receiver hitch. A single elongate, generally upright mast **204** extends upward from coupling member **202** adjacent the rear of the vehicle. In some embodiments, coupling member **202** and/or mast **204** may be pivotal to swing away from the rear of the vehicle to allow access to a rear door or trunk of the vehicle.

At least one support arm **206** extends outward or rearward from the upper end of mast **204**. The support arm is typically rigidly connected to the mast to support the weight of one or more bicycles. In the exemplary embodiment depicted in FIG. **10**, the support arm is integrally formed with the mast. Rack **200** is typically formed of a rigid material such as metal or plastic.

Rack assembly **10** also includes at least one load-carrying support member **208** associated with rack **200** to receive and retain the top tube **106** of a bicycle. In the exemplary embodiment, support member **208** is in the form of a cradle adapted to receive and at least partially surround the top tube. Cradle **208** includes a body **210** having a central bore **212** adapted to receive and grip support arm **206** to prevent the cradle from rotating about the support arm. Typically, the central bore is selectively contractible to clamp onto the support arm. In the exemplary embodiment illustrated in FIG. **11**, a channel **214** passes from an outer portion of the cradle to the central bore. A screw (not shown) passes through body **210** and across the channel. When the screw is tightened, the width of the channel shrinks and the central

bore contracts, thereby clamping onto the support arm. Cradle member **208** is adapted to slide axially along the support arm until clamped in place. A plurality of cradle members may be slid onto the support arm to carry a plurality of bicycles.

Typically, the support arm and cradle have matching non-circular lateral cross-sections. This allows the cradle member to slide along the support arm while preventing it from rotating about the support arm. In the exemplary embodiment, the lateral cross-section of the support arm is rectilinear. The lateral cross-section of central bore **214** is also rectilinear and sized to fit closely over the support arm. It will be appreciated that the lateral cross-sections of the support arm and central bore may be any desired non-circular shape, including oval, etc.

The body **210** of cradle member **208** includes a pair of opposing wing regions **216** extending laterally from central bore **212** to positions adjacent opposite sides of the support arm. The spaced-apart wing regions support and balance corresponding laterally-spaced portions of the bicycle top tube. The wing regions are spaced to fit between the upper portions of a bicycle down tube **108** and seat tube **110**. Preferably, the bicycle is positioned so that the center-of-mass of the bicycle is between the opposing wing regions. (See FIGS. **13** and **14**) This ensures the top tube will lie flat against the cradle member. Alternatively or additionally, the top tube may be secured to the cradle member to hold the top tube against both wing regions, as described in more detail below.

Each wing region includes one or more opposing shoulders **218** extending generally upward adjacent forward and rear edges of body **210**. When the top tube of a bicycle is received on the cradle member between opposing shoulders, the shoulders prevent the top tube from becoming dislodged either forwardly or rearwardly from the cradle. Shoulders **218** may be angled outward to facilitate alignment of the top tube between the shoulders. Cradle member **208** is typically formed of a relatively rigid, light-weight material which is suitable for supporting the weight of a bicycle. In the exemplary embodiment, the cradle member is formed of 14% glass filled nylon. Alternatively, other materials may be used such as different plastics, aluminum, steel, etc.

A resilient covering **220** may be attached to the cradle member to cushion the top tube. Covering **220** may be formed of any suitable material such as an elastomer, etc. In the exemplary embodiment, covering **220** also extends over shoulders **218** to form a cushioned trough adapted to receive the top tube of a bicycle.

In one embodiment, rack assembly **10** also includes a securing system including at least one securing mechanism **222** adapted to retain the top tube in the cradle member. As shown in FIGS. **10–12**, securing mechanism **222** includes a strap **224**, which is positionable over the top tube and receivable in a housing **226**. Ratchet **228** is coupled to the housing to engage the strap and prevent the strap from being removed from the housing. Drive actuator **230** is coupled to the housing and operable to grip the strap and advance it through the housing. The drive actuator may also be operable to disengage the ratchet to allow removal of the strap from the housing. In alternative embodiments, either ratchet **228** or drive actuator **230** may be omitted. As the securing mechanism has been described in detail above, that description will not be repeated here. It should be understood, however, that the securing mechanism may also take alternative forms including a flexible strap (such as described below), a clamp, a latch, a bracket, or any other device suitable for holding the top tube against the cradle member.

US 6,431,423 B1

7

Rack assembly 10 may include a plurality of securing mechanisms associated with each cradle. For example, in the exemplary embodiment shown in FIGS. 10, 13, and 14, a securing mechanism is positioned adjacent each wing region 216. This arrangement ensures the top tube is held against both wing regions, thereby preventing the bike from rocking or lifting off one of the wing regions. Alternatively, the securing system may comprise a single securing mechanism located between the wing regions, which would also function to hold the top tube against both spaced-apart wing regions of the cradle member.

Housing 226 may be integrally formed with cradle member 208, as depicted in the exemplary embodiment. Alternatively, the housing may be formed separately and attached to the cradle by any suitable means. Similarly, strap 224 may be integrally formed with the cradle member or formed separately. As illustrated in FIGS. 11 and 12, strap 224 of the exemplary embodiment is formed separately from a substantially flexible material such as flexible polyester. The strap is coupled to the cradle member opposite housing 226. Cradle member 208 includes mount 232 which protrudes from body 210. Mount 232 defines a socket 234 and a slot 236. The slot is configured to receive strap 224. The rear end of the strap is attached to an anchor 238. The anchor is adapted to be received in socket 234 and is retained therein in response to tension on the strap because the anchor is dimensioned so that it cannot pass through slot 236. Thus, the strap is coupled to the cradle member by passing the strap through slot 236 until anchor 238 is received in socket 234. An inclined ridge or tab 240 on the strap prevents accidental removal of the strap from slot 236. Preferably, tab 240 can be passed backward through slot 236 with moderate force. While one example of a removable coupling between the strap and the cradle member has been shown and described, it will be appreciated that any type of coupling may be used within the scope of the invention. For example, the strap may be coupled to the cradle member by a bolt, etc. As another example, the strap may be coupled to housing 226, or the vehicle, or the bicycle, etc.

In the depicted embodiment of securing mechanism 222, a protective cover 242 is connected to the strap, to cushion the top tube from the strap; see FIGS. 10 and 11. Cover 242 is typically formed of a relatively resilient material such as an elastomer. The cover is connected to the strap so that the cover is interposed between the strap and the top tube when the strap is tightened. In the exemplary embodiment, cover 242 is in the form of a sleeve which defines an aperture 244 adapted to slidably receive the strap. As shown in FIG. 12, where cover 242 is not depicted in order to reveal underlying structure, one or more protruding regions 246 on the strap function to retain cover 242 on the strap. Typically, the strap is selectively expandable to slide over protruding regions 246.

Optionally, protective cover 242 may define one or more grooves 248 extending perpendicular to the elongate axis of the strap. As is well known to those of skill in the art, bicycles often have one or more control cables 112 (e.g., brake cable, gear cable, etc.) extending along the top tube. Grooves 248 are adapted to receive and fit around cables 112 when the strap is tightened over the top tube. As a result, cables 112 are not pinched between the strap and the tube. Since cable 112 may be placed at various positions about top tube 106, protective cover 242 typically is sized to allow it to slide between protruding regions 246 and mount 232 to align a groove with the cable.

In the depicted embodiment of the invention, rack assembly 10 includes a stabilizer member 250 adapted to grip a

8

portion of the bicycle frame and impede swinging of the bicycle in cradle member 208. Stabilizer member 250 is associated with support arm 206, and movable to selectively grip either the down tube or the seat tube of a bicycle held in cradle member 208. Depending on the size and configuration of the bicycle frame, it may be necessary to slide the bicycle laterally in the cradle member to position stabilizer member 250 in contact with a selected portion of the bicycle frame. Together, cradle member 208 and stabilizer member 250 form an assembly adapted to hold the bicycle adjacent the rear of the vehicle.

In the exemplary embodiment depicted in FIGS. 10 and 12-14 stabilizer member 250 includes an elongate pivot arm 252 with a near end 254 adjacent support arm 206, and a far end 256 spaced apart from the support arm. A gripping member 258 is disposed adjacent far end 256 to contact and grip a portion of the bicycle frame. The stabilizer member also includes one or more collars 260 disposed adjacent near end 254. In the exemplary embodiment, pivot arm 252 is in the form of a fork assembly with two spaced-apart collars disposed adjacent near end 254.

Collars 260 have a circular inner surface and are adapted to fit over and rotate around support arm 206. In the embodiment of the invention where support arm 206 has a rectilinear (or otherwise non-circular) lateral cross-section, stabilizer member 250 also includes a bushing 262 associated with each collar. The bushing has a circular outer surface which is rotatably receivable in the collar. Bushing 262 also has a rectilinear (or otherwise non-circular) central bore 264 adapted to receive the support arm and prevent rotation of the bushing about the support arm. The combination of collars 260 and bushings 262 form a pivot assembly adapted to securely and pivotally couple stabilizer member 250 to the support arm even though the support arm has a non-circular cross-section. It should be noted that the bushing arrangement could also be used on non-circular cross bars on roof-mounted rack or other non-circular support members to pivotally couple another member of a rack to the support member.

The two halves of pivot arm 250 are sized to fit around the cradle member. As a result, the cradle member may be mounted on the support arm between spaced-apart collars 260. This serves to ensure the stabilizer member is aligned with a bicycle received in the cradle. A pair of slots 266 is formed in the upper portion of central bore 212. Each bushing 262 includes an inwardly projecting tongue 268 adapted to engage one of slots 266 and align the stabilizer member with the cradle member for mounting onto the support arm. Tongues 268 also grip the edges of slots 266 to prevent bushings 262 from sliding along the support arm away from the cradle member. In alternative arrangements, the stabilizer member may be mounted forward or rearward of the cradle member.

In the embodiment described above, stabilizer member 150 is mounted on the support member and pivots about a pivot axis A which coincides with the elongate central axis of the support member. It will be appreciated that other arrangements are also possible within the scope of the invention. For example, collars 260 may be rotatably coupled to the cradle member. As a further example, the collars may be rotatably coupled to some intermediate structure mounted on the support arm. In which case, pivot axis A would not be coincident with the central axis of the support member. In another example, stabilizer member 250 may be mounted on the support arm and cradle member 208 may be coupled to the stabilizer member. In any event, stabilizer member 250 is selectively movable in one direc-

Exhibit A, Page 14

US 6,431,423 B1

9

tion to engage the down tube, and in an opposite direction to engage the seat tube. Thus, the stabilizer member can be moved to engage either the down tube or the seat tube regardless of which direction the bicycle is facing. Where plural bicycles are mounted on the support arm, the bicycles can be oriented facing in alternating directions so that less space is required between the bicycles.

Since the down tubes and seat tubes of different bicycles form different angles with respect to the top tube, gripping member 258 is typically shaped to present a uniform gripping surface when pivoted in either direction. As best seen in FIG. 10, gripping member 258 defines a central axis B which is parallel to pivot axis A and perpendicular to the pivot direction of the stabilizer member. Gripping surface 270 is substantially symmetric about central axis B. As a result, gripping member 258 presents a uniform gripping surface in all directions.

Gripping member 258 may have any uniform gripping surface 270 as desired for a particular application. In the exemplary embodiment, the gripping member has a gripping surface which is generally spool or hourglass shaped. In other words, gripping surface 270 is circumferentially concave, thereby presenting a concave gripping surface whether viewed along one pivot direction or along the opposite pivot direction. The concave gripping surface is adapted to receive and at least partially surround a portion of the bicycle frame such as down tube 108 or seat tube 110.

It will be appreciated that gripping member 258 may take any one of many symmetric forms configured to present a uniform gripping surface. Therefore, while one particular form has been illustrated and described, the invention is not limited to that particular form. Alternatively, the gripping member may be configured to present non-uniform gripping surfaces. For example, the gripping member may include one gripping surface adapted to grip a portion of the bicycle wheel, and a different gripping surface adapted to grip a portion of the bicycle frame.

Preferably, the bicycle frame is gripped by gripping member 258 at a point which is not co-linear with the top tube. For example, in FIGS. 13 and 14, the stabilizer member grips the frame at points below the top tube. This increases the amount of torque that stabilizer member 250 can apply to the frame to impede swinging of the bicycle. Alternatively, stabilizer member 250 may be configured to grip a portion of the bicycle above top tube 106.

Stabilizer member 250 may also include a strap 272 configured to retain the bicycle frame within the gripping member. In the exemplary embodiment, strap 272 is formed from an elastic material (e.g. Dynaflex G7431 rubber), and has a plurality of holes 274. Gripping member 258 includes anchor posts 276 adapted to fit within holes 274. Thus, the strap is employed to retain the bicycle frame in the gripping member by placing one of holes 274 over an anchor post, wrapping the strap around the bicycle frame, and placing another of the holes over the opposite anchor post.

The gripping member may be constructed of any suitable material, including an elastomer. The gripping member is connected to far end 256 of the pivot arm by a pin or bolt 278, which passes through both the gripping member and the pivot arm. In some embodiments, gripping surface 270 may be configured to rotate about central axis B to reduce rubbing between the gripping surface and the bicycle frame.

The embodiment of rack assembly 10 shown in FIGS. 10–14 include cradle member 208, dual securing mechanisms 222, and stabilizer member 250. The securing mechanisms are disposed on opposite sides of the support arm.

10

Thus, the bicycle is strapped at three locations, two spaced-apart locations along the top tube and a third location on either the down tube or the seat tube. This provides a very stable and secure arrangement for carrying the bicycle during travel because the bicycle is restrained from swinging, sliding, rotating or otherwise moving relative to the rack. Alternatively, the bicycle may be strapped at more locations or fewer locations. It will be understood that while the bike frame is described as being "strapped" to the rack, other means of securement may be used in place of one or more of the straps.

In another embodiment of rack assembly 10, the securing mechanism and cradle member may be omitted. Alternatively, the stabilizer member and/or the securing mechanism may be omitted. In any case, each embodiment of rack assembly 10 provides a flexible and secure apparatus for carrying a bicycle adjacent the rear of a vehicle.

It is believed that the disclosure set forth above encompasses multiple distinct inventions with independent utility. While each of these inventions has been disclosed in its preferred form, the specific embodiments thereof as disclosed and illustrated herein are not to be considered in a limiting sense as numerous variations are possible. The subject matter of the inventions includes all novel and non-obvious combinations and subcombinations of the various elements, features, functions and/or properties disclosed herein. No single feature, function, element or property of the disclosed embodiments is essential to every one of the disclosed inventions. Similarly, where the claims recite "a" or "a first" element or the equivalent thereof, such claims should be understood to include incorporation of one or more such elements, neither requiring nor excluding two or more such elements.

It is believed that the following claims particularly point out certain combinations and subcombinations that are directed to some of the disclosed inventions and are novel and non-obvious. Inventions embodied in other combinations and subcombinations of features, functions, elements and/or properties may be claimed through amendment of the present claims or presentation of new claims in this or a related application. Such amended or new claims, whether they are directed to a different invention or directed to the same invention, whether different, broader, narrower or equal in scope to the original claims, are also regarded as included within the subject matter of the inventions of the present disclosure.

We claim:

1. Apparatus for carrying a bicycle on a vehicle having a rear hitch-mount, where the bicycle includes a frame having a top tube, a down tube and a seat tube, the apparatus comprising:

a bicycle rack mountable on the vehicle hitch-mount and adapted to support one or more bicycles adjacent the rear of the vehicle during travel, where the rack includes a generally upright mast and at least one support arm extending outwardly from the mast; and

at least one assembly mounted on the at least one support arm to hold a bicycle, including

load-carrying structure adapted to receive and retain a first one of the frame tubes of the bicycle on the support arm, the load-carrying structure including a cradle member, and

a stabilizer member coupled to the load-carrying structure and pivotal about a pivot axis to selectively grip either of the frame tubes of the bicycle other than the first one, while the first one of the frame tubes is

US 6,431,423 B1

11

fixedly retained by the load-carrying structure, the stabilizer member including

an elongate pivot arm with a first end portion proximal to the pivot axis and a second end portion distal to the pivot axis, and

a gripping member disposed adjacent the second end portion of the pivot arm.

**2.** The apparatus of claim **1**, where the load-carrying structure includes a cradle member adapted to receive the top tube of the bicycle.

**3.** The apparatus of claim **2** further comprising a securing mechanism adapted to retain the top tube in the cradle member, where the securing mechanism includes a strap positionable over the top tube, a housing attached to the cradle member and adapted to receive the strap, and a ratchet coupled to the housing and adapted to engage the strap and prevent removal of the strap from the housing.

**4.** The apparatus of claim **3**, where the securing mechanism includes a drive actuator coupled to the housing and operable to grip the strap and advance it through the housing to tighten the strap over the top tube. cradle member.

**5.** The apparatus of claim **4**, where the drive actuator is operable to disengage the ratchet from the strap to allow removal of the strap from the housing.

**6.** The apparatus of claim **3**, where the housing is integrally formed with the cradle member.

**7.** The apparatus of claim **1**, where the other frame tubes of the bicycle are the seat tube and the down tube and the stabilizer includes a gripping member that is shaped to present a uniform gripping surface whether pivoted in one direction to grip the down tube, or pivoted in an opposite direction to grip the seat tube.

**8.** The apparatus of claim **1**, where the stabilizer includes a gripping member having a gripping surface that is concave as viewed along both pivot directions.

**9.** The apparatus of claim **1**, where the stabilizer member is pivotally mounted on the at least one support arm.

**10.** The apparatus of claim **9**, where the support arm has a non-circular lateral cross section, and where the stabilizer member includes a pivot assembly adapted to receive, and rotate about, the support arm.

**11.** The apparatus of claim **10**, where the pivot assembly includes a bushing adapted to fit over the support arm, and a circular collar adapted to rotate about the bushing.

**12.** Apparatus for securing a bicycle on a vehicle-mounted rack, where the rack includes at least one support arm adapted to support the bicycle, the apparatus comprising:

a stabilizer member coupled to the support arm and selectively pivotal about a pivot axis, where the stabilizer member includes

an elongate pivot arm with a near end adjacent the support arm, and a far end spaced apart from the support arm, and

a gripping member disposed adjacent the far end of the pivot arm, where the gripping member defines symmetric gripping surfaces facing in opposite pivot directions.

**13.** The apparatus of claim **12**, where the support arm defines a central elongate axis, and where the pivot axis coincides with the central elongate axis of the support arm.

**14.** The apparatus of claim **12**, where the gripping member defines oppositely concave gripping surfaces.

**15.** The apparatus of claim **12**, where the gripping member defines a circumferentially concave gripping surface.

**16.** The apparatus of claim **12**, where the gripping member defines a generally hourglass-shaped gripping surface.

**17.** The apparatus of claim **12**, where the near end of the pivot arm includes at least one collar adapted to fit over and rotate around the support arm.

12

**18.** The apparatus of claim **17**, where the stabilizer member includes a bushing rotatably receivable in the collar and having a rectilinear central bore adapted to receive a support arm having a rectilinear lateral cross-section.

**19.** The apparatus of claim **18**, where the at least one collar includes two spaced-apart collars adapted to fit over and rotate about the support arm, and further comprising a cradle member mountable on the support arm between the spaced-apart collars, where the cradle member includes a rectilinear central bore adapted to receive and grip the support arm to prevent rotation of the cradle member about the support arm.

**20.** Apparatus for carrying a bicycle on a vehicle having a rear hitch-mount, where the bicycle includes a frame having a top tube, a down tube and a seat tube, the apparatus comprising:

a bicycle rack mountable on the vehicle hitch-mount and adapted to support a bicycle adjacent the rear of the vehicle during travel; and

at least one assembly mounted on the rack to hold a bicycle, including

a load-carrying member having two spaced-apart regions adapted to support the top tube of the bicycle at two corresponding spaced-apart locations,

a securing system associated with the load-carrying member and adapted to hold the top tube against both spaced-apart regions of the load-carrying member, and

a stabilizer member coupled to the load-carrying member and pivotal about a pivot axis to selectively engage and grip either the down tube or the seat tube, while the top tube is fixedly retained by the load-carrying member, the stabilizer member including

an elongate pivot arm with a first end portion proximal to the pivot axis and a second end portion distal to the pivot axis, and

a gripping member disposed adjacent the second end portion of the pivot arm.

**21.** The apparatus of claim **20**, where the rack includes a generally upright mast and at least one support arm extending outwardly from the mast, and where the two spaced-apart regions of the load-carrying member are positioned adjacent opposite sides of the at least one support arm.

**22.** The apparatus of claim **21**, where the securing system includes two straps, and where each strap is coupled to the load-carrying member and positioned adjacent a different one of the two spaced-apart regions.

**23.** A rack for securing sports equipment to a vehicle, comprising:

at least one elongate support member having a non-circular cross section;

mounting structure adapted to secure the support member to the exterior of a vehicle;

a bushing portion configured to fit around the elongate support member; and

a first member pivotally mounted to the bushing for pivotal movement about the elongate axis of the support member.

**24.** The rack of claim **23**, wherein the mounting structure is adapted to attach to a hitch receiver tube mounted to the vehicle.

**25.** The rack of claim **23**, wherein the elongate, support member is generally rectilinear in cross section.

**26.** The rack of claim **23**, wherein the bushing has a generally circular outer surface and the first member includes a collar adapted to fit over the bushing.

Exhibit A, Page 16

US 6,431,423 B1

13

**27**. Apparatus for carrying a bicycle on a vehicle having a rear hitch-mount, where the bicycle includes a frame having a top tube, a down tube and a seat tube, the apparatus comprising:

a bicycle rack mountable on the vehicle hitch-mount and adapted to support one or more bicycles adjacent the rear of the vehicle during travel, where the rack includes a generally upright mast and at least one support arm extending outwardly from the mast; and

at least one assembly mounted on the at least one support arm to hold a bicycle, including

load-carrying structure including a cradle member adapted to receive the top tube of the bicycle on the support arm,

a securing mechanism adapted to retain the top tube in the cradle member, where the securing mechanism includes a strap positionable over the top tube, a housing attached to the cradle member and adapted to receive the strap, and a ratchet coupled to the housing and adapted to engage the strap and prevent removal of the strap from the housing, and

a stabilizer member coupled to the load-carrying structure and pivotal about a pivot axis to selectively grip either the down tube or the seat tube to impede swinging of the bicycle, the stabilizer member including

an elongate pivot arm with a first end portion proximal to the pivot axis and a second end portion distal to the pivot axis, and

a gripping member disposed adjacent the second end portion of the pivot arm.

**28**. The apparatus of claim **27**, where the securing mechanism includes a drive actuator coupled to the housing and operable to grip the strap and advance it through the housing to tighten the strap over the top tube.

**29**. The apparatus of claim **28**, where the drive actuator is operable to disengage the ratchet from the strap to allow removal of the strap from the housing.

**30**. The apparatus of claim **27**, where the housing is integrally formed with the cradle member.

**31**. Apparatus for carrying a bicycle on a vehicle having a rear hitch-mount, where the bicycle includes a frame having a top tube, a down tube and a seat tube, the apparatus comprising:

a bicycle rack mountable on the vehicle hitch-mount and adapted to support one or more bicycles adjacent the rear of the vehicle during travel, where the rack includes a generally upright mast and at least one support arm extending outwardly from the mast, the at least one support arm having a non-circular lateral cross section; and

at least one assembly mounted on the at least one support arm to hold a bicycle, including

load-carrying structure including a cradle member adapted to receive and retain a first one of the tubes of the bicycle on the support arm, and

a stabilizer member pivotally mounted on the at least one support arm, adapted to selectively grip either of the frame tubes of the bicycle other than the first one to impede swinging of the bicycle, and including a pivot assembly adapted to receive, and rotate about, the support arm, the stabilizer member including

an elongate pivot arm with a near end adjacent the support arm, and a far end spaced apart from the support arm, and

a gripping member disposed adjacent the far end of the pivot arm.

**32**. The apparatus of claim **31**, where the pivot assembly includes a bushing adapted to fit over the support arm, and a circular collar adapted to rotate about the bushing.

14

**33**. Apparatus for carrying a bicycle on a vehicle having a rear hitch-mount, where the bicycle includes a frame having a top tube, a down tube and a seat tube, the apparatus comprising:

a bicycle rack mountable on the vehicle hitch-mount and adapted to support a bicycle adjacent the rear of the vehicle during travel; and

at least one assembly mounted on the rack to hold a bicycle, including

a load-carrying member having two spaced-apart regions adapted to support the top tube of the bicycle at two corresponding spaced-apart locations,

a securing system associated with the load-carrying member, adapted to hold the top tube against both spaced-apart regions of the load-carrying member, and including two straps, each strap being coupled to the load-carrying member and positioned adjacent a different one of the two spaced-apart regions, and

a stabilizer member coupled to the load-carrying member and selectively pivotal about a pivot axis to engage and grip either the down tube or the seat tube, the stabilizer member including

an elongate pivot arm with a first end portion adjacent the pivot axis and a second end portion spaced from the pivot axis, and

a gripping member disposed adjacent the second end portion of the pivot arm.

**34**. Apparatus for carrying a bicycle on a vehicle having a rear hitch-mount, where the bicycle includes a frame having a top tube, a down tube and a seat tube, the apparatus comprising:

a bicycle rack mountable on the vehicle hitch-mount and adapted to support one or more bicycles adjacent the rear of the vehicle during travel, where the rack includes a generally upright mast and at least one support arm extending outwardly from the mast; and at least one assembly mounted on the at least one support arm to hold a bicycle, including

a load-carrying member having two spaced-apart regions adapted to support the top tube of the bicycle at two corresponding spaced-apart locations, and

a stabilizer member coupled to the load-carrying member and selectively pivotal about a pivot axis positioned generally between the two spaced-apart regions of the load-carrying member, to grip either one of the frame tubes of the bicycle other than the first one to impede swinging of the bicycle, the stabilizer member including

an elongate pivot arm with a first end portion proximal to the pivot axis and a second end portion distal to the pivot axis, and

a gripping member disposed adjacent the second end portion of the pivot arm.

**35**. The apparatus of claim **34**, where the at least one support arm defines a central elongate axis, and the pivot axis coincides with the central elongate axis of the support arm.

**36**. The apparatus of claim **34**, where the gripping member defines oppositely concave gripping surfaces.

**37**. The apparatus of claim **34**, where the gripping member defines a circumferentially concave gripping surface.

**38**. The apparatus of claim **34**, where the gripping member defines a generally hourglass-shaped gripping surface.

**39**. The apparatus of claim **34**, where the near end of the pivot arm includes at least one collar adapted to fit over and rotate around the at least one support arm.

\* \* \* \* \*

US006467664B2

## (12) United States Patent
Robins et al.

(10) Patent No.: **US 6,467,664 B2**
(45) Date of Patent: **Oct. 22, 2002**

(54) **BICYCLE CARRIER**

(76) Inventors: **Duncan Robins**, 2720 Kelly Ave., McKinleyville, CA (US) 95519; **Joseph J. Settelmayer**, 72 Lyman Rd., Fieldbrook, CA (US) 99519; **Scott R. Allen**, 1998 Fieldbrook Rd., Fieldbrook, CA (US) 95519

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 16 days.

(21) Appl. No.: **09/951,484**

(22) Filed: **Sep. 10, 2001**

(65) **Prior Publication Data**

US 2002/0038810 A1 Apr. 4, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/466,233, filed on Dec. 17, 1999, now Pat. No. 6,286,738.

(51) Int. Cl.[7] .................................................. **B60R 9/00**
(52) U.S. Cl. ........................ 224/537; 224/553; 224/532; 224/924
(58) Field of Search .............................. 224/924, 488, 224/492, 493, 497, 502, 505, 506, 507, 531, 532, 534, 537, 553, 314; 248/292.12, 292.13

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,856,686 A * 8/1989 Workentine ................. 224/497

5,259,542 A * 11/1993 Newbold et al.
5,775,555 A * 7/1998 Bloemer et al.
6,286,738 B1 * 9/2001 Robbins et al.

* cited by examiner

*Primary Examiner*—Gregory M. Vidovich

(57) **ABSTRACT**

A bicycle rack for carrying a bicycle adjacent the rear of a vehicle. The bicycle rack includes an adjustable frame assembly having a first frame member attached to a housing and a second frame member attached to a connecting member. The connecting member is rotationally coupled to the housing to allow relative pivotal movement between the first and second frame members. A locking member is disposed within the housing and selectively movable between a first position, in which the locking member engages the connecting member to impede relative rotational movement between the connecting member and the housing, and a second position, in which the locking member is disengaged from the connecting member to allow relative rotational movement between the connecting member and the housing. At least one support arm is coupled to the housing and configured for sliding and pivotal movement between a stowed position and an extended position in which the arm engages the housing to support a bicycle adjacent the vehicle. A mounting assembly is positionable on the support arm to hold the bicycle in place during travel.

**17 Claims, 7 Drawing Sheets**





FIG. 1



FIG. 7

FIG. 2

FIG. 3

# FIG. 4





FIG. 5



FIG. 6



FIG. 8

FIG. 11



FIG. 9



FIG. 10

US 6,467,664 B2

**1**

# BICYCLE CARRIER

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation patent application of Ser. No. 09/466,233 filed on Dec. 17, 1999 U.S. Pat. No. 6,286,738 issued on Sep. 11, 2001 titled "Bicycle Carrier" which is hereby incorporated by reference.

## FIELD OF THE INVENTION

The present invention relates to bicycle carriers, and more particularly to an adjustable bicycle carrier that may be mounted on the rear of a vehicle.

## BACKGROUND

The popularity of recreational cycling has grown substantially in recent years. As a result, the demand for bicycle carriers to transport bikes on cars and other vehicles has also grown.

There are various types of vehicle-mountable bicycle carriers available. One type is mountable on the trunk or other rear portion of a vehicle to carry one or more bicycles adjacent the rear of the vehicle. While some of these carriers are adjustable to mount on different vehicles, the adjustment mechanisms are cumbersome. In addition, even normal acceleration or deceleration of the vehicle can cause the bicycles to sway or become misaligned on the carrier, resulting in damage to the bikes and/or the vehicle.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an isometric view of a bicycle rack mounted on a vehicle and supporting a bicycle according to the present invention.

FIG. 2 is a magnified isometric view of the outer side of a housing assembly of the bicycle rack of FIG. 1, showing the handle extended and rotated to secure the locking member in the second position.

FIG. 3 is an isometric view of the inner side of the housing assembly of FIG. 2, with the connecting member removed to show the locking member.

FIG. 4 is a magnified detail view of the area enclosed by dashed circle 4 in FIG. 3.

FIG. 5 is an isometric, partially cut away view showing the locking member in the first position so that the teeth of the locking member engage both the housing and the connecting member to prevent relative pivotal movement between the first and second frame members.

FIG. 6 is an isometric, partially cut away view showing the locking member in the second position so that the teeth of the locking member do not engage the connecting member, thus allowing relative pivotal movement between the first and second frame members.

FIG. 7 is a side elevation of the housing assembly of FIG. 2, with a portion of the housing cut away to show the slidable and pivotal engagement of the support arm with the housing assembly.

FIG. 8 is an isometric view showing a saddle mount and a stabilizer installed on a support arm and engaging a portion of a bicycle frame (shown in dashed lines). A tie-down member is shown positioned across the bicycle frame and engaging anchors on the saddle mount to hold the bicycle in position. A second saddle mount and a second stabilizer are shown in exploded view.

FIG. 9 is a rear elevation of a saddle mount and a stabilizer showing how the top tube of bicycle frame is supported by the saddle mount, and showing the stabilizer positioned to engage the seat tube of the bicycle frame.

FIG. 10 is a rear elevation of a saddle mount and a stabilizer showing how the top tube of bicycle frame is supported by the saddle mount, and showing the stabilizer positioned to engage the down tube of the bicycle frame.

FIG. 11 is a rear elevation of a saddle mount showing one tie-down member engaged on one anchor, and another tie-down member being stretched to disengage another anchor.

## DETAILED DESCRIPTION

A vehicle-mountable bicycle rack according to the present invention is indicated generally at 20, in FIG. 1. Bike rack 20 includes an adjustable frame assembly 22 positionable adjacent the rear of a vehicle 200, and one or more support arms 24 extending from the frame to support at least one bicycle 220 behind the vehicle. Bike rack 20 also includes one or more mounting assemblies 26 adapted to secure bike 220 to the rack and prevent the bike from swaying or becoming dislodged during operation of the vehicle.

An exemplary embodiment of frame assembly 22 is depicted in FIGS. 1–7, and includes a first frame member 28 configured to contact vehicle 200. First frame member 28 is generally U-shaped with the central, lower portion of the first frame member being inclined out of the plane of the upper portion. One or more cushioning devices such as cylindrical foam pads 30 typically are attached to the first frame member to protect the vehicle and frame assembly from scratching. First frame member 28 may be constructed out of any suitable material, such as steel tubing, and may be sized as required for compatibility with a wide variety of vehicles.

Frame assembly 22 also includes one or more housings 32 attached to first frame member 28. As can best be seen in FIG. 7, each end of the first frame member 28 is received into a housing 32 where it is secured by bolts 34 which pass through the housing. The bolts are fastened to the housing by nuts 36, as shown in FIG. 3.

Also included in frame assembly 22 is second frame member 38, which is generally U-shaped and configured to contact vehicle 200. Second frame member 38 may include one or more cushioning devices, such as pads 40, to protect the vehicle and frame member from scratches. Second frame member 38 may be constructed out of any suitable material, including steel tubing, and may be sized as required for compatibility with a wide variety of vehicles. One or more connecting members 42 are attached to second frame member 38. In the exemplary embodiment, each end of the second frame member is received into a connecting member 42, where it is secured by a bolt 44 (best seen in FIG. 3) passing through housing 32. Bolt 44 is fastened to the housing by a nut.

As will be described in further detail below, each connecting member 42 is pivotally coupled to one of the housings 32, thereby permitting relative pivotal movement between first frame member 28 and second frame member 38. This allows frame assembly 22 to be adjusted to mount on vehicles of any size or configuration.

Typically frame assembly 22 is adjusted as necessary so that support arms 24 extend in a generally horizontal rearward direction when the frame assembly is positioned on the vehicle. Rack 20 is then mounted onto vehicle 200 by positioning the frame assembly against the vehicle and securing the frame assembly with one or more straps 48. Each strap is attached to a channel 49 in a housing at one

Exhibit B, Page 9

US 6,467,664 B2

3

end, and a hook **50** at the opposite end. Hooks **50** are configured to engage and grip portions of vehicle **200** such as trunk lid **202**. In the exemplary embodiment depicted in FIG. 1, rack **20** includes four straps, two connected to each housing **32**. One strap from each housing is positioned to hold the rack to the top of trunk lid **202**, while the other strap from each housing is positioned to hold the rack to the bottom of trunk lid **202**. Each strap may also include a buckle **52** or similar device to allow the length of the strap to be adjusted. Once the rack is positioned on the vehicle and the hooks are arranged as desired, the straps may be tightened to hold the rack securely on the vehicle.

While one exemplary method of mounting rack **20** on a vehicle has been shown and described, it will be appreciated that there are many other ways of mounting the rack within the scope of the invention. As one example, the straps may be arranged differently depending on the configuration of the vehicle. Other examples include, using a different number of straps, or holding the rack on the vehicle by fastening methods other than straps. Focusing particular attention now on FIGS. 2–6, the pivoting connection between housing **32** and connecting member **42** will be described in greater detail. Connecting member **42** includes an annular portion **54**, which is received into a circular aperture **56** in the side of the housing. Bolt **44** passes through both housing **32** and connecting member **42** to hold annular portion **54** within aperture **56**. Bolt **44** also passes through locking member **58**, which is disposed within the housing and selectively movable between a first position and a second position. In the first position, locking member **58** engages both the housing and the connecting member to prevent relative movement therebetween. In the second position, the locking member is disengaged from the connecting member, thus allowing the connecting member to rotate or pivot within the aperture.

It will be appreciated by those of skill in the art that locking member **58** may be configured to engage the housing and the connecting member in a variety of ways. In the exemplary embodiment, locking member **58** is in the form of a wheel having a plurality of grooves or teeth **60** across its outer circumference. Housing **32** includes an inner surface **62** having a plurality of teeth **64** configured to interlock with teeth **60** of locking member **58**. Thus, the locking member fits within the inner surface of the housing and is restrained from rotating within the housing by the engagement of teeth **60** with teeth **64**. However, the locking member remains free to slide along its central radial axis within the housing.

Annular portion **54** of connecting member **42** also includes an inner surface **66** having a plurality of teeth **68**. Surface **66** and teeth **68** are configured to receive the locking member and interlock with teeth **60** to prevent relative rotation between the connecting member and the locking member. However, the locking member remains free to slide in and out of the connecting member along the central radial axis.

FIGS. 5 and 6 best illustrate the engagement of the locking member with the housing and the connecting member. FIG. 5 shows the locking member in the first position, in which the locking member is at least partially received into the connecting member. Teeth **60** of the locking member interlock with teeth **64** of the housing and with teeth **68** of the connecting member to impede relative rotational movement between the connecting member and the housing. As a result, first frame member **28** is prevented from pivoting relative to second frame member **38**. However, in FIG. 6, locking member **58** has been moved to the second position in which the teeth of the locking member are disengaged

4

from the teeth of the connecting member. Thus, the connecting member is free to rotate relative to the locking member and the housing. As a result, first frame member **28** may be pivoted relative to second frame member **38**.

It will be understood that to allow substantial pivotal movement between the first and second frame members, both connecting members must be rotatable relative to their corresponding housings. Thus, to adjust the frame assembly, the user disengages each locking member from the corresponding connecting member, pivots the first and/or second frame member as desired, and then re-engages each locking member with the corresponding connecting member to lock the frame assembly in the desired configuration. In the exemplary embodiment, each locking member, connecting member, and housing contains a relatively large number of teeth to allow the frame assembly to be adjusted in relatively small increments. Alternatively, each locking member, connecting member, and housing may be constructed with a relatively small number of teeth to correspond to just a few selectable angular positions between the frame members.

As also shown in FIGS. 5 and 6, frame assembly **22** also includes a biasing member **70** disposed within the housing to urge the locking member toward the first position. In the exemplary embodiment, biasing member **70** is in the form of a compression spring positioned around bolt **44** and against the side of locking member **58** opposite the connecting member. Spring **70** is compressed between the locking member and the wall of housing **32** to urge the locking member toward the first position to engage the connecting member.

A handle **72** extends through the housing and is coupled to the locking member to allow the user to move the locking member to the second position by pulling the handle away from the housing. Handle **72** includes two arms **74** which extend through slots **76** in housing **32**, and through corresponding slots **78** in locking member **58**. As can best be seen in the detail view of FIG. 4, each arm **74** extends through slot **74** to the other side of the locking member. A deflectable lip **80** is formed on the arm to abut against and grip the edge of slot **78** so that the locking member is pulled in the direction of biasing member **70** when the handle is pulled outward away from the housing. While it is within the scope of the invention for locking member **58** to be attached to handle **72** by any suitable method, the arm and lip structure described and depicted in the exemplary embodiment provides for easy assembly by simply aligning slots **78** with arms **74**, and pressing the locking member inward against spring **70** until lips **80** snap over the edges of slots **78**.

In the exemplary embodiment, the locking member is securable in the second position against the urging of the biasing member, to allow the user to adjust the frame assembly without having to simultaneously hold handles **72** away from the housings. As shown in FIG. 2, each slot **76** includes a notch **82** configured to receive a ledge **84** on arms **74**. Ledges **84** prevent arms **74** from passing through slots **76** unless the arms are aligned with notches **82**. Thus, to secure the locking member in the second position, the user pulls handle **72** outward from the housing and rotates the handle so that arms **74** slide along slots **76** away from notches **82**. When the user releases the handle, ledges **84** strike the edges of slots **76** and prevent the locking member from returning to the first position under the urging of spring **70**. FIG. 2 shows the handle pulled outward and rotated to prevent the handle from being pulled back toward the housing by spring **70**. Thus, the user can disengage the locking members on each side of the frame assembly and then adjust the frame assembly as desired without having to hold the handles away

Exhibit B, Page 10

US 6,467,664 B2

5

from the housings. Once the frame assembly is adjusted to the desired angular configuration, the handles can be rotated to align arms 74 with notches 82 and then released, at which point spring 70 presses the locking member back into engagement with the connecting member to lock the frame assembly in the desired configuration.

As shown in FIG. 4, locking member 58 includes a plurality of ribs 86 disposed adjacent slots 78. Ribs 86 are adapted to slightly impede rotation of arms 74 in slots 78. The ribs do not prevent the user from rotating the handle to secure the locking member in the second position. However, once the user has rotated the arms across the ribs, the ribs prevent the handle from accidentally rotating in the opposite direction and allowing the locking member to return to the first position. Arms 74 and/or ribs 86 may be rounded to allow the arms to rotate relatively smoothly past the ribs when the user rotates the handle.

As described above, frame assembly 22 is easily adjustable to be securely mounted on virtually any type and configuration of vehicle. The various parts of the frame assembly may be constructed of any material suitable for outdoor use and possessing the necessary structural strength to allow rack 20 to support the weight of one or more bicycles. While housing 32, connecting member 42, locking member 58, and handle 72 typically are constructed of a molded plastic such as nylon, other materials are also suitable.

Turning now to FIG. 7, it can be seen that rack 20 includes support arms 24 coupled to each housing 32 by a sliding, pivoting connection. Support arms 24 may be constructed out of any suitable material, such as steel tubing. In the exemplary embodiment, each support arm 24 includes an elongate slot 88 adjacent one end of the arm. A bolt 90 passes through the housing and through slot 88 to couple the support arm to the housing. A nut 92 (best seen in FIG. 3) holds the bolt in place. The slot-and-bolt connection of support arm 24 to housing 32 allows the support arm to pivot between a stowed position, indicated by dashed lines in FIG. 7, and an extended position, indicated by solid lines in FIG. 7. When in the extended position, the slot-and-bolt connection allows the support arm to be slid into a socket 94 within the housing. When the support arm is received into the socket, the housing engages the support arm and prevents pivotal movement of the support arm about bolt 90, thereby maintaining the support arm in the extended position to support bicycle 220 adjacent the vehicle.

Support arm 24 also includes a spring-loaded, retractable catch or pin 96, which is configured to protrude through a hole 98 in housing 32 when the support arm is received in the socket. Thus, the pin prevents the support arm from sliding out of the socket accidentally. When the user wishes to move the support arm from the extended position to the stowed position, the user presses the pin inward against the action of the spring, and then slides the support arm out of the socket. As shown in FIG. 2, housing 32 may be formed to include a depression 100 adjacent hole 98 to allow the user to press pin 96 inward. Additionally, pin 96 may be formed with a rounded end to allow it to pass through hole 98 without snagging. In any event, once the support arm is removed from the socket, it can be pivoted to the stowed position. When pin 96 clears housing 32, it will move outward to abut against the side of the housing and maintain the support arm in the stowed position. To pivot the support arm back to the extended position, the user first presses the pin inward to clear the housing, and then pivots the support arm upward.

It will be appreciated that the exemplary embodiment of rack 20 described herein may be substantially collapsed for

6

storage when not in use. As described above, the first and second frame members may be pivoted together to extend in a single general direction, and then locked in that configuration. Additionally, the support arms may be pivoted to the stowed position adjacent and generally parallel to the first frame member, leaving rack 20 in a relatively flat configuration.

Turning attention now to FIGS. 8–11, rack 20 also includes one or more mounting assemblies 26 adapted to secure one or more bikes to support arms 24. Each mounting may comprise different components depending on the application. In the exemplary embodiment shown in FIG. 1, each mounting assembly includes a saddle mount 102, a stabilizer apparatus 104, and one or more tie-down members 106. It will be appreciated, however, that some or all of the mounting assemblies may omit one or more of these components. As one example, a particular mounting assembly may omit a stabilizer and include only a saddle mount and tie-down member. As another example, the saddle mount and/or the stabilizer may be configured to grip a bicycle without the need for a tie-down member.

As is well known in the art, bicycles typically include a frame 222 having a top tube 224, a down tube 226, and a seat tube 228. Top tube 224 extends generally forwardly and horizontally from proximate the bicycle seat to proximate the handle bars. Down tube 226 typically is coupled to the top tube proximate the handle bars and extends downwardly and rearwardly toward the pedal sprocket. Seat tube 228 typically is coupled to the top tube proximate the seat and extends generally downwardly to the pedal sprocket.

Saddle mount 102 is disposed on support arm 24 to receive and engage a portion of top tube 224 and retain the bike in a selected longitudinal position on the support arm. As shown in FIG. 1, saddle mounts typically will be disposed on both support arms and aligned to receive the top tube of a single bike. Thus, the bike is supported above the ground and retained in a stable position behind the vehicle during travel. In the exemplary embodiment, each saddle mount includes a unitary body 108 formed of molded Santoprene rubber or other suitable material adapted to grip the bike frame without causing scratches or other damage.

Body 108 is formed to define a cylindrical collar 110 adapted to fit over and engage a support arm 24, and a channel 112 extending into the body. To install a saddle mount on a support arm, the user slides the collar along the support arm to the desired location, and then rotates the saddle mount until the channel is aligned in the desired orientation. Typically, channel 112 is oriented above the support arm to allow the top tube of the bicycle to rest in the channel. Channel 112 is formed as an elongate, parabolic trough adapted to accept top tube 224. The channel is oriented in a direction generally transverse to collar 110 so that the channel extends generally across the support arms when installed on the rack. In the exemplary embodiment, the sides of channel 112 are sized to extend partially up the sides of a top tube resting in the channel. Alternatively, the sides of channel 112 may be larger or smaller as desired. In any event, channel 112 grips top tube 224 and retains the bicycle in a stable longitudinal position along the support arm during operation of the vehicle.

To prevent top tube 224 from being dislodged accidentally, one or more tie-down members 106 may be positioned over the top tube and fastened to saddle mount 102. In the exemplary embodiment, each saddle mount includes one or more anchors 114 extending from body 108. Anchor 114 includes a circular base 116 sized to fit within

US 6,467,664 B2

7

circular apertures 118 formed in tie-down member 106. Each anchor has a distal end 120 spaced from body 108, and one or more flanges 122 arranged about the distal end. Flanges 122 are arranged generally along a single transverse axis A to form an oval or elongate rim. Flanges 122 prevent the tie down members from slipping off circular base 116. Tie-down members 106 typically are made of a stretchable material (e.g. Dynaflex G7431 rubber), and must be stretched along axis A to allow the apertures to pass over the flanges. Thus, the tie-downs member cannot accidentally become disengaged from the anchors unless the tie-down members are stretched to clear the flanges.

Referring to the tie-down member on the left in FIG. 11, a user may secure the tie-down member to an anchor by hooking one edge of a selected aperture around one flange, and then pulling the tie-down member directly away from the hooked flange (i.e., along axis A). When the tie-down member is pulled along axis A, it will stretch along axis A causing the selected aperture to stretch over the opposite flange. Once the aperture clears the opposite flange, the user presses the tie-down member inward over the flange, and then releases the tie-down member to return to its unstretched condition, illustrated by the tie-down member on the right in FIG. 11. Tie-down member 106 may include a handle or tab 124 to allow the user to grip the tie-down member more easily. The user disengages the tie-down member by reversing the above steps. In one embodiment, the tie-down members are formed of a different, more flexible material than the saddle mounts to prevent the anchors from bending when a tie-down member is being stretched over the flanges.

In the exemplary embodiment, each saddle mount 102 includes two pairs of anchors 114, with one pair disposed adjacent opposite sides of one end of channel 112, and the other pair disposed adjacent opposite sides of the other end of channel 112. Nevertheless, it will be appreciated that other configurations are also within the scope of the invention. For example, a saddle mount may include less than or more than two pairs of anchors. In addition, it may not be necessary to engage a tie-down member to both pairs of anchors to hold the top tube within the saddle. Similarly, while tie-down members 106 are described above as being separate and removable from saddle mounts 102, an alternative embodiment of the invention may include tie-down members which are formed integrally with the saddle mounts. For example, one end of the tie-down member may extend from adjacent one side of channel 112, and be positionable over top tube 224 to engage an anchor disposed adjacent the opposite side of channel 112. Furthermore, while bases 116 and apertures 118 have been described and depicted as generally circular, it will be appreciated that these parts may be virtually any shape as desired.

While saddle mounts 102 are configured to retain a bike in a selected longitudinal position on the support arm, it will be appreciated that the bike may tend to swing or sway due to the motion of the vehicle. To protect both the vehicle and bike(s) from damage due to swinging, mounting assembly 26 also includes one or more stabilizers 104 to impede swinging of the bicycle. Each stabilizer includes an integrally formed body 126 with a pair of collars 128 configured to fit over the support arm. As can be seen in FIG. 8, collars 128 are spaced apart to fit on either side of collar 110 of the saddle mount when the saddle mount and stabilizer are mounted together on the support arm. Collars 128 allow the stabilizer to slide along, and pivot about, the support arm. Because stabilizer 104 is separate from saddle mount 102, the stabilizer can pivot about the support arm independently

8

of the saddle mount. While both collars 128 and collar 110 are typically configured to fit on support arm 24 tightly enough to prevent the mounting assembly from accidentally sliding off, the support arm may also include a removable cap (not shown) on the end of the support arm to prevent passage of the collars.

Body 126 is formed to define a channel 130 extending at least partially into the body, and may be constructed of any suitable material including nylon. The stabilizer typically is installed on the support arm so that the channel faces out to the side of the vehicle. The channel is configured to receive at least a portion of either down tube 226 or seat tube 228. The pivoting connection of stabilizer 104 with support arm 24 allows the user to selectively position the stabilizer to engage either the seat tube, as shown in FIG. 9, or the down tube, as shown in FIG. 10. When the seat tube or the down tube is received into channel 130, the sides of the channel prevent lateral swinging of the bicycle frame.

It will be appreciated that stabilizer 104 will provide greater stabilizing moment if it engages either the seat tube or the down tube at a location spaced from the top tube. Thus, in the exemplary embodiment, body 126 is approximately four inches long from the top of collars 128 to the bottom of channel 130, and engages the seat tube or the down tube at a location substantially spaced from the top tube of the bicycle. It will be appreciated, however, that the stabilizers may be formed either longer or shorter within the scope of the invention.

Stabilizer 104 may also include one or more anchors 114 configured to engage and secure one or more tie-down members. In the exemplary embodiment, the anchors on the stabilizers are substantially similar to the anchors on the saddle mounts so that tie-down members 106 may be secured interchangeably to either the saddle mounts or the stabilizers. Alternatively, the anchors on the stabilizers may be configured differently than the anchors on the saddle mounts for compatibility with different tie-down members. Furthermore, as described above in connection with the saddle mounts, the stabilizers may include other configurations of anchors and tie-down members within the scope of the invention.

In the exemplary embodiment shown in FIG. 1, rack 20 includes two pairs of mounting assemblies for mounting two bicycles. Alternatively, rack 20 may include only one pair of mounting assemblies for holding one bike, or three or more pairs for holding three or more bikes. Furthermore, while each mounting assembly is illustrated as including both a saddle mount and a stabilizer, it will be appreciated that a single stabilizer per bike may be sufficient to prevent the bike from swinging during travel. Indeed, for bikes with top tubes that are substantially longer than the spacing between the support arms, it may be difficult to engage both the seat tube and the down tube with stabilizers. Thus, in an alternative embodiment, a pair of mounting assemblies may include a first assembly having both a saddle mount and a stabilizer, and a second assembly having only a saddle mount. Since the stabilizer may be pivoted to engage either the seat tube or the down tube of a bike, the bike may be mounted facing either the left or the right of the vehicle regardless of which support arm the stabilizer is installed on. Indeed, it may be desirable, when carrying two or more bikes, to mount adjacent bikes facing in opposite directions so that the handle bars of the bikes do not collide. This arrangement would allow more bikes to be carried because they could be placed more closely together.

While the invention has been disclosed in its preferred form, the specific embodiments thereof as disclosed and

US 6,467,664 B2

9

illustrated herein are not to be considered in a limiting sense as numerous variations are possible. Applicants regard the subject matter of their invention to include all novel and non-obvious combinations and subcombinations of the various elements, features, functions and/or properties disclosed herein. No single feature, function, element or property of the disclosed embodiments is essential to all embodiments. The following claims define certain combinations and sub-combinations which are regarded as novel and non-obvious. Other combinations and subcombinations of features, functions, elements and/or properties may be claimed through amendment of the present claims or presentation of new claims in this or a related application. Such claims, whether they are different, broader, narrower or equal in scope to the original claims, are also regarded as included within the subject matter of applicants' invention.

We claim:

1. A bicycle rack for carrying a bicycle on a vehicle, wherein the bicycle has a top tube, a down tube, and a seat tube, comprising

a frame attachable to the rear of the vehicle and configured to support the bicycle adjacent the vehicle,

at least one arm extending from the frame,

a saddle mount having a collar for receiving the arm and a trough for supporting the top tube of the bicycle, the trough having first and second opposing sides,

at least one strap anchored to the first side of the trough, the strap being configured for selective attachment to the second side of the trough, wherein the trough and the strap together are configured to bind and encircle the circumference of a top tube of a bicycle,

a stabilizer pivotally mounted on the arm, the stabilizer having a channel for engaging a down tube or a seat tube of the bicycle, wherein the saddle mount and the stabilizer are integrated so that they slide together along the arm, but are permitted to rotate independently around the arm to accommodate different angles between a top tube and a down tube or a seat tube.

2. The rack of claim 1 further comprising

a strap attached to the stabilizer configured to bind a down tube or a seat tube in the channel of the stabilizer.

3. The rack of claim 1, wherein the stabilizer has two cylindrical collars configured to engage the arm on opposite sides of the collar of the saddle mount.

4. The rack of claim 1, wherein the trough on the stabilizer is elongate.

5. The rack of claim 1, wherein the trough has an elongate parabolic shape.

6. The rack of claim 1, wherein the at least one strap on the saddle mount has an end that is permanently connected to the first side of the trough, a fastener being provided on the second side of the trough so that the strap can be selectively coupled to the fastener to retain securely the top tube of the bicycle in the trough.

7. The rack of claim 1, wherein the saddle mount has two straps and a fastener for each strap.

10

8. The rack of claim 1, further comprising

a second arm extending from the frame, a second saddle mount being mounted on the second arm.

9. The rack of claim 8, further comprising

a stabilizer mounted on the second arm adjacent the second saddle mount.

10. A bicycle rack for carrying a bicycle on a vehicle, wherein the bicycle has a top tube, a down tube, and a seat tube, comprising

a frame attachable to the rear of the vehicle and configured to support the bicycle adjacent the vehicle,

at least one arm extending from the frame,

a saddle mount having a collar for receiving the arm, the collar having a top side, and an elongate trough for supporting the top tube of the bicycle, the trough being positioned tangentially relative to the top side of the collar without extending around the circumference of the collar, and a stabilizer pivotally mounted on the arm, the stabilizer having a channel for

engaging a down tube or a seat tube of the bicycle, wherein the saddle mount and the stabilizer are integrated so that they slide together along the arm, but are permitted to rotate independently around the arm to accommodate different angles between a top tube and a down tube or seat tube.

11. The rack of claim 10, wherein the trough has first and second opposing sides, further comprising

at least one strap anchored to the first side of the trough, the strap being configured for selective attachment to the second side of the trough, wherein the trough and the strap together are configured to enclose the entire circumference of a top tube of a bike.

12. The rack of claim 10, further comprising

a strap attached to the stabilizer configured to bind a down tube or a seat tube in the channel of the stabilizer.

13. The rack of claim 10, wherein the stabilizer has two cylindrical collars configured to engage the arm on opposite sides of the collar of the saddle mount.

14. The rack of claim 11, wherein the at least on strap on the saddle mount has an end that is permanently connected to the first side of the trough, a fastener being provided on the second side of the trough so that the strap can be selectively coupled to the fastener to retain securely the top tube of the bicycle in the trough.

15. The rack of claim 10, wherein the saddle mount has two straps and a fastener for each strap.

16. The rack of claim 10, further comprising

a second arm extending from the frame, a second saddle mount being mounted on the second arm.

17. The rack of claim 16, further comprising

a stabilizer mounted on the second arm adjacent the second saddle mount.

* * * * *